Opinion by McClelland, P. J. The samples are representations of bananas, peaches, cucumbers, tangerines, etc., obviously made of rubber and colored. Concealed, generally in the stems, is a squeaker which makes a noise when the sides are pressed. On the authority of *Veit* v. *United States* (11 Ct. Cust. Appls. 81, T. D. 38732) they were found to be artificial fruits and vegetables and held properly classified at 60 percent under paragraph 1518. *Shallus* v. *United States* (13 Ct. Cust. Appls. 87, T. D. 40937) cited.

Before the Second Division, November 30, 1938

**No. 39968.**—Protests 203792–G, etc., of G. Robinson & Co., Inc. (New York).

Opinion by Tilson, J. The record established that certain items consist of artificial silk yarns in the form of singles similar to those involved in *Asiam* v. *United States* (T. D. 48133). The claim at 40 cents per pound under paragraph 31 was therefore sustained.

**No. 39969.**—Protests 874814–G, etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by Tilson, J. The record showed that certain items consist of outerwear in chief value of wool similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.

**No. 39970.**—Protest 693212–G of I. Magnin & Co., Inc. (New York).

Opinion by Tilson, J. The record showed that certain items consist of outerwear in chief value of wool similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.

**No. 39971.**—Protests 285412–G, etc., of Oppenheim & Baruch, Inc. (New York).

Opinion by Tilson, J. The record showed that certain items consist of outerwear in chief value of wool similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.

**No. 39972.**—Protests 665114–G, etc., of Bergdorf & Goodman Co. (New York).

Opinion by Tilson, J. Knit wool lace wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable under paragraph 1114 as claimed.